No. 71–5723. McAllister v. Virginia. Appeal from Sup. Ct. Va. Motion of appellant for leave to proceed in forma pauperis granted. Judgment vacated and case remanded for further consideration in light of Argersinger v. Hamlin, Sheriff, ante, p. 25. Mr. Justice Douglas would reverse judgment of lower court.

No. 71–1435. State Department of Health and Rehabilitative Services of Florida et al. v. Zarate et al. Appeal from D. C. S. D. Fla. Motion of appellees Herman and Pola Sheydwasser for leave to proceed in forma pauperis granted. Judgment affirmed. Mr. Justice White is of the opinion that probable jurisdiction should be noted.

No. 70–5052. Kammerer v. Washington et al. Sup. Ct. Wash. Motion for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded for further consideration in light of Argersinger v. Hamlin, Sheriff, ante, p. 25.

No. 70–5053. Fox v. City of Bellevue et al. Sup. Ct. Wash. Motion for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded for further consideration in light of Argersinger v. Hamlin, Sheriff, ante, p. 25.

No. 71–5722. Wright v. Town of Wood. Sup. Ct. S. D. Motion for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded for further consideration in light of Argersinger v. Hamlin, Sheriff, ante, p. 25. Mr. Justice Douglas would grant certiorari and reverse the judgment of the lower court.